# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

129605

EMBOSSING PRINTERS, INC.,
       Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
       Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129605
COA: 252894
Ct of Claims: 02-000090-MT

On order of the Court, the application for leave to appeal the July 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. To the extent that the Court of Appeals opinion rejects the "incidental to service" test adopted by this Court in *Catalina Marketing v Dep't of Treasury*, 470 Mich 13 (2004), it is VACATED.

CAVANAGH, J., would deny leave to appeal without further statement found in the majority's order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

_____
Clerk

s0315